# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

EMMETT G. GOODWIN,

                  Plaintiff,

vs.                                       Case No. 14-2438 JWL/GLR

MIDLAND CREDIT MANAGEMENT INC.,

                  Defendant.

## STIPULATION OF DISMISSAL

Plaintiff and Defendant file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1.      Plaintiff is Emmett G. Goodwin; Defendant is Midland Credit Management Inc..

2.      On July 31, 2014, Plaintiff filed a Petition against Defendant in the District Court of Wyandotte County, Kansas.

3.      On September 2, 2014, Defendant removed the case to the United States District Court for the District of Kansas (Doc. 1).

4.      Plaintiff now moves to dismiss the suit.

5.      Defendant agrees to the dismissal.

6.      This case is not a class action.

7.      A receiver has not been appointed in this case.

8.      This case is not governed by any federal statute that requires a court order for dismissal of the case.

9.      Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

10.      This dismissal is with prejudice to refiling.

11.     Each party is to bear its own fees and costs.

                            Respectfully submitted,


                            By:  /s/ A.J. Stecklein
                            A.J. Stecklein #16330
                            Consumer Legal Clinic LLC
                            748 Ann Avenue
                            Kansas City, Kansas 66101
                            Telephone:  913-371-0727
                            Facsimile:  913-371-0147
                            Email:  AJ@KCconsumerlawyer.com
                            Attorney for Plaintiff

                            and

                            By:  /s/ Thomas M. Martin
                            Thomas M. Martin #13620
                            Joseph E. Bant  #23982
                            Lewis, Rice, Fingersh LC
                            1010 Walnut Street, Suite 500
                            Kansas City, Missouri 64106
                            Telephone:  816-421-2500
                            Facsimile:  816-472-2500
                            Email: TMMartin@lrf-kc.com
                                    JEBant@lrf-kc.com
                            Attorneys for Defendant